1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VINAY KHARE,                              No.  2:23-cv-00224 AC

12              Plaintiff,

13        v.                                   ORDER TO SHOW CAUSE

14   UNIVERSAL RECOVERY
     CORPORATION,
15
                Defendant.
16

17

18        This case was filed on February 7, 2023.  ECF No. 1.  This action has been assigned to the

19   Magistrate Judge under the court's automated case assignment plan.  See Local Rules, Appendix

20   A, subsection (m).  Pursuant to the Local Rule and the Civil Case Documents issued in this case

21   (ECF No. 3) the parties are required to return the "CONSENT / DECLINE OF U.S.

22   MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the

23   action was filed, or within 14 days of removal from state court.  ECF No. 3 at 2.  The parties were

24   cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve

25   the motion until all consent designations have been submitted."  Id.

26        Because this action was filed initially in federal court, the parties' consent/decline forms

27   were due on May 8, 2023.  Defendant has not filed their forms.  Defendant is therefore

28   ORDERED TO SHOW CAUSE in writing within 10 days of this order why they have not filed

their consent/decline forms.  Submission of the forms will automatically discharge this order.

Failure to file the forms or show good cause may result in sanctions.

     IT IS SO ORDERED.

DATED: May 9, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE