UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Vinay Khare,<br><br>    Plaintiff,<br><br>  vs.<br><br>Universal Recovery Corporation,<br><br>    Defendant. | Case No.: 2:23-cv-00224-MCE-AC<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 27, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE